D. W. Kallstrom, (SBN 76937)
Donald P. Sullivan (SBN 191080)
M. Michael Cole (SBN 235538)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
CLAIR R. COUTURIER, JR., DAVID R JOHANSON, and ROBERT E. EDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>Defendants. | Case No. 06-80092 CRB JL<br><br>STIPULATION AND [~~XXXXXXXX~~ PROPOSED] ORDER RESETTING HEARING DATE ON INDIVIDUAL DEFENDANTS' MOTION TO QUASH MYTELS SUBPOEANA |

WHEREAS, on or about April 27, 2006, Plaintiffs Gregory Johnson, William Rodwell, and Edward Rangel ("Plaintiffs") served a subpoena on Dan Mytels ("Mytels") seeking documents and noticing his deposition;

WHEREAS, Defendants Clair R. Couturier, Jr., David R. Johanson, and Robert E. Eddy (the "Individual Defendants") have moved to quash the Mytels subpoena;

WHEREAS, on August 28, 2006, the Individual Defendants and Plaintiffs submitted their joint statement regarding the Individual Defendants' motion to quash the Mytels subpoena;

WHEREAS, the hearing on Individual Defendants' motion to quash the Mytels subpoena is currently set for October 4, 2006;

WHEREAS, counsel for Individual Defendants, Mr. D. Ward Kallstrom and Mr. Donald

P. Sullivan will be in New York attending to other client matters on October 4, 2006, and therefore unable to appear at the currently scheduled hearing;

WHEREAS, Individual Defendants met and conferred with counsel to Plaintiffs and are informed that Mr. Matthew Righetti is available to appear on October 18, 2006 and Ms. Anne Marie La Bue is also available to appear telephonically on October 18, 2006;

NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO LOCAL RULE 6-2, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The current hearing date of October 4, 2006 on Individual Defendants' motion to quash the Mytels subpoena is vacated; and

2. The hearing date on Individual Defendants' motion to quash the Mytels subpoena is reset to October 18, 2006 at 9:30 a.m.

**IT IS SO STIPULATED:**

Dated: September 19, 2006                    MORGAN, LEWIS & BOCKIUS LLP

By    /S/ Donald P. Sullivan
    D. W. Kallstrom
    Donald P. Sullivan
    M. Michael Cole
    Attorneys for Defendants CLAIR R.
    COUTURIER, JR., DAVID R
    JOHANSON, and ROBERT E. EDDY

[SIGNATURES CONTINUED ON NEXT PAGE]

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. 06-80092 CRB JL
Stipulation to Reset Hearing Date

| | | |
|---|---|---|
| 1 | Dated: September 19, 2006 | SHAYNE & GREENWALD CO., LPA |
| 2 | | By  /S/ Anne Marie La Bue [as authorized on September 18, 2006] |
| 3 | | Gary D. Greenwald |
| | | Anne Marie La Bue |
| 4 | | Attorneys for Plaintiffs GREGORY JOHNSON, WILLIAM RODWELL, and |
| 5 | | EDWARD RANGEL |

### [PROPOSED] ORDER

For good cause shown, it is herby Ordered that:

1.  The current hearing date of October 4, 2006 on Individual Defendants' motion to quash the Mytels subpoena is vacated; and

2.  The hearing date on Individual Defendants' motion to quash the Mytels subpoena is reset to October 18, 2006 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 9/25/06

*IT IS SO ORDERED*
*Judge James Larson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7413433.2