

Shayne & Greenwald
ATTORNEYS AT LAW

221 South High Street   Columbus, Ohio 43215
shaynegreenwald.com   / 614.221.1111   / 614.221.4070

September 28, 2006

Chief Magistrate Judge James Larson
U.S. District Court, Northern District
  Of California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   Johnson, et al. v. Couturier, Jr., et al.
      Case No. 06-80092 CRB JL

Dear Magistrate Judge Larson:

We represent Plaintiffs Greg Johnson, Ed Rangel and Bill Rodwell in the above-referenced action wherein there is a hearing scheduled before this Court on October 18, 2006 at 9:30 a.m.  Plaintiffs' local counsel, Matthew Righetti, will appear in person and Columbus, Ohio counsel hereby requests leave to participate in the hearing by telephone.  The undersigned, Anne Marie La Bue, will be attending by telephone and can be reached at 614-221-1111 at that date and time.

Very truly yours,

SHAYNE & GREENWALD CO., LPA

Anne Marie La Bue

AML/ska

cc:   Matthew Righetti, Esq.
      Ward Kallstrom, Esq.
      Taylor Florence, Esq.

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE